UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. MJ10-444 |
| ) | |
| v. ) | **DETENTION ORDER** |
| ) | |
| ALLEN ROBERT RICHMAN, ) | |
| ) | |
| Defendant. ) | |

Offense charged:

    Conspiracy to Transport Stolen Goods Interstate Commerce;
    Conspiracy to Conduct Financial Transactions which Involve Proceeds of Interstate
        Transportation of Stolen Property; and
    Transportation of Stolen Property in Interstate Commerce.

Date of Detention Hearing: October 21, 2010.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    Defendant has been indicted in the District of Oregon. He failed to appear for a scheduled

DETENTION ORDER - 1

Case 2:10-mj-00444-BAT   Document 7   Filed 10/21/10   Page 2 of 2

1  court hearing despite being advised in open court of the date of the hearing and how important it
2  was for him to appear.
3      It is therefore ORDERED:
4      (1)    Defendant shall be detained pending trial and committed to the custody of the
5  Attorney General for confinement in a correctional facility separate, to the extent practicable,
6  from persons awaiting or serving sentences, or being held in custody pending appeal;
7      (2)    Defendant shall be afforded reasonable opportunity for private consultation with
8  counsel;
9      (3)    On order of a court of the United States or on request of an attorney for the
10 Government, the person in charge of the correctional facility in which Defendant is confined
11 shall deliver the defendant to a United States Marshal for the purpose of an appearance in
12 connection with a court proceeding; and
13     (4)    The clerk shall direct copies of this order to counsel for the United States, to
14 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services
15 Officer.
16     DATED this 21st day of October, 2010.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2